IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD SMITH,

    Defendant.

8:21CR201

ORDER

This matter is before the Court on the government's Motion for Dismissal (Filing No. 60). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 39) and the Amended Petition for Offender Under Supervision (Filing No. 58) as to defendant Edward Smith. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 60) is granted.
2. The Petition for Offender Under Supervision (Filing No. 39) and the Amended Petition for Offender Under Supervision (Filing No. 58) are hereby dismissed with prejudice.
3. Edward Smith's previously imposed term of supervision is terminated.

Dated this 17th day of November 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge